B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Louisiana

In re **SA-ENC Fort Myers, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **21ST CENTURY ONCOLOGY, LLC.**<br>**PO BOX 862152**<br>**ORLANDO, FL 32886** | **21ST CENTURY ONCOLOGY, LLC.**<br>**PO BOX 862152**<br>**ORLANDO, FL 32886** | **TRADE** | | **18,096.97** |
| **AGENCY FOR HEALTH CARE ADMINISTRATION**<br>**PO BOX 13749**<br>**TALLAHASSEE, FL 32317-3749** | **AGENCY FOR HEALTH CARE ADMINISTRATION**<br>**PO BOX 13749**<br>**TALLAHASSEE, FL 32317-3749** | **TRADE** | | **100,104.91** |
| **AMERICAN HEALTH ASSOCIATES, INC.**<br>**15712 SW 41ST STREET SUITE 16**<br>**DAVIE, FL 33331** | **AMERICAN HEALTH ASSOCIATES, INC.**<br>**15712 SW 41ST STREET SUITE 16**<br>**DAVIE, FL 33331** | **TRADE** | | **5,878.07** |
| **B&I CONTRACTORS**<br>**2701 PRINCE STREET**<br>**FORT MYERS, FL 33916** | **B&I CONTRACTORS**<br>**2701 PRINCE STREET**<br>**FORT MYERS, FL 33916** | **TRADE** | | **19,143.52** |
| **CAPE CORAL HOSPITAL / LEE HEALTH SYSTEM**<br>**636 DEL PRADO BLVD**<br>**CAPE CORAL, FL 33990** | **CAPE CORAL HOSPITAL / LEE HEALTH SYSTEM**<br>**636 DEL PRADO BLVD**<br>**CAPE CORAL, FL 33990** | **TRADE** | | **8,438.48** |
| **CAPE CORAL HOSPITALISTS**<br>**13607 PINE VILLE LANE**<br>**FT MYERS, FL 33912** | **CAPE CORAL HOSPITALISTS**<br>**13607 PINE VILLE LANE**<br>**FT MYERS, FL 33912** | **TRADE** | | **36,000.00** |
| **DIRECT SUPPLY**<br>**6767 N INDUSTRIAL ROAD**<br>**MILWAUKEE, WI 53223** | **DIRECT SUPPLY**<br>**6767 N INDUSTRIAL ROAD**<br>**MILWAUKEE, WI 53223** | **TRADE** | | **68,757.44** |
| **DIRECT SUPPLY HEALTHCARE EQUIPMENT**<br>**P.O. BOX 88201**<br>**MILWAUKEE, WI 53288-0201** | **DIRECT SUPPLY HEALTHCARE EQUIPMENT**<br>**P.O. BOX 88201**<br>**MILWAUKEE, WI 53288-0201** | **TRADE** | | **29,383.93** |

B4 (Official Form 4) (12/07) - Cont.

In re  SA-ENC Fort Myers, LLC  
_____  
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ENCORE NURSING CENTER PARTNERS<br>707 WESTCHESTER AVENUE<br>#401<br>WHITE PLAINS, NY 10604 | ENCORE NURSING CENTER PARTNERS<br>707 WESTCHESTER AVENUE<br>#401<br>WHITE PLAINS, NY 10604 | TRADE | | 898,702.00 |
| HALCYON REHABILITATION<br>4 WEST RED OAK LANE<br>SUITE 201<br>WHITE PLAINS, NY 10604 | HALCYON REHABILITATION<br>4 WEST RED OAK LANE<br>SUITE 201<br>WHITE PLAINS, NY 10604 | TRADE | | 340,149.55 |
| HEALTHCARE SERVICES GROUP, INC.<br>3220 TILLMAN DRIVE<br>SUITE 300<br>BENASALEM, PA 19020 | HEALTHCARE SERVICES GROUP, INC.<br>3220 TILLMAN DRIVE<br>SUITE 300<br>BENASALEM, PA 19020 | TRADE | | 144,320.56 |
| JOERNS HEALTHCARE, INC.<br>PO BOX 933733<br>ATLANTA, GA 31193 | JOERNS HEALTHCARE, INC.<br>PO BOX 933733<br>ATLANTA, GA 31193 | TRADE | | 23,260.66 |
| MEDICAB TRANSPORTATION LLC<br>3049 CLEVELAND AVENUE<br>STE #227<br>FORT MYERS, FL 33901 | MEDICAB TRANSPORTATION LLC<br>3049 CLEVELAND AVENUE<br>STE #227<br>FORT MYERS, FL 33901 | TRADE | | 5,442.99 |
| MEDLINE INDUSTRIES<br>PO BOX 382075<br>PITTSBURGH, PA 15251-8075 | MEDLINE INDUSTRIES<br>PO BOX 382075<br>PITTSBURGH, PA 15251-8075 | TRADE | | 230,105.88 |
| OMNICARE PHARMACY<br>OMNICARE LB #715268<br>340 SOUTH CLEVELAND AVENUE<br>BUILDING 370 OH1-0471<br>WESTERVILLE, OH 43081 | OMNICARE PHARMACY<br>OMNICARE LB #715268<br>340 SOUTH CLEVELAND AVENUE<br>WESTERVILLE, OH 43081 | TRADE | | 335,239.52 |
| STANLEY ACCESS TECHNOLOGIES<br>65 SCOTT SWAMP ROAD<br>FARMINGTON, CT 06032 | STANLEY ACCESS TECHNOLOGIES<br>65 SCOTT SWAMP ROAD<br>FARMINGTON, CT 06032 | TRADE | | 5,300.00 |
| STAPLES ADVANTAGE<br>7347 S. REVERE PKWY<br>BUILDING B-200<br>CENTENNIAL, CO 80112 | STAPLES ADVANTAGE<br>7347 S. REVERE PKWY<br>BUILDING B-200<br>CENTENNIAL, CO 80112 | TRADE | | 10,189.05 |
| STEWART'S MOBILE CONCEPTS LTD<br>845 EAST JERICHO TURNPIKE<br>HUNTINGTON STATION, NY 11746 | STEWART'S MOBILE CONCEPTS LTD<br>845 EAST JERICHO TURNPIKE<br>HUNTINGTON STATION, NY 11746 | TRADE | | 14,088.46 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| US FOODSERVICE<br>3682 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693-0036 | US FOODSERVICE<br>3682 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693-0036 | TRADE | | 21,388.15 |
| US LAB & RADIOLOGY INC<br>250 S FEDERAL HWY<br>DANIA BEACH, FL 33004 | US LAB & RADIOLOGY INC<br>250 S FEDERAL HWY<br>DANIA BEACH, FL 33004 | TRADE | | 12,094.52 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Designated Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 20, 2015**                    Signature  **/s/ Raymond Mulry**
                                                     **Raymond Mulry**
                                                     **Designated Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.